1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     LEON E. MORRIS,                              No.  2:13-cv-1134 MCE AC P

12                    Plaintiff,

13           v.                                     ORDER

14     JENNINGS, et al.,

15                    Defendants.

16

17           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18     under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19     28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20           On June 13, 2014, the magistrate judge filed findings and recommendations herein (ECF

21     No. 13) which were served on all parties and which contained notice to all parties that any

22     objections to the findings and recommendations were to be filed within twenty-one days.  Neither

23     party has filed objections to the findings and recommendations.

24     ///

25     ///

26     ///

27     ///

28     ///

                                                      1

1          The Court has reviewed the file and finds the findings and recommendations to be

2    supported by the record and by the magistrate judge's analysis.  Accordingly:

3          1.  The Findings and Recommendations filed June 13, 2014, ECF No. 13, are ADOPTED

4    IN FULL; and

5          2.  Petitioner's verbal harassment claim raised in his First Amendment Complaint is

6    DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

7          IT IS SO ORDERED.

8    Dated:  September 3, 2014

9

10   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
11   UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28