UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS,<br><br>                    Plaintiff,<br><br>          v.<br><br>JENNINGS et al.,<br><br>                    Defendants. | No.  2:13-cv-1134 AC P (TEMP)<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this civil rights action brought pursuant to 42 U.S.C. § 1983.  On January 21, 2016, defendants filed a motion to revoke plaintiff's in forma pauperis status pursuant to 28 U.S.C. § 1915(g).  On February 9, 2016, plaintiff filed a motion for a sixty-day extension of time to file an opposition to defendants' motion, which this court granted.  The time for filing his opposition has now expired, but plaintiff has not filed an opposition or otherwise responded to defendants' motion.

Local Rule 230(l) requires plaintiff to file an opposition not more than twenty-one (21) days after the date of service of a motion.  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  Plaintiff is reminded that Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

Good cause appearing, IT IS HEREBY ORDERED that, within fourteen (14) days of the date of this order, plaintiff shall file an opposition, if any, to defendants' motion to revoke his in forma pauperis status. Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b). Alternatively, if plaintiff no longer wishes to pursue this action he may file a request to voluntarily dismiss this case.

DATED: April 25, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE