1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEON E. MORRIS,                          No.  2:13-cv-1134 TLN DB P

12              Plaintiff,

13        v.                                  ORDER

14   JENNINGS, et al.,

15              Defendant.

16

17        Plaintiff is a state prisoner proceeding with this civil rights action brought pursuant to 42

18   U.S.C. § 1983.  On January 21, 2016, defendants filed a motion to revoke plaintiff's in forma

19   pauperis status.  When plaintiff did not oppose that motion, the court ordered this action

20   dismissed without prejudice.  (ECF Nos. 33, 34.)  However, in June, plaintiff filed a document

21   explaining that he had been hospitalized during part of the period in which he was required to

22   respond to defendants' motion.  (ECF No. 36.)  In response, on July 11, 2016, the court revoked

23   the order dismissing this case, re-opened it, and provided plaintiff a 60-day period to file any

24   opposition to the motion to revoke plaintiff's in forma pauperis status.  (ECF No. 37.)  That 60

25   day period has now expired.

26        Local Rule 230(l) provides in part:  "Failure of the responding party to file written

27   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

28   the granting of the motion . . . ."  Id.  On November 12, 2015, plaintiff was advised of the

                                              1

1   requirements for filing an opposition to a motion and that failure to oppose such a motion may be

2   deemed a waiver of opposition to the motion.  (ECF No. 21.)

3         Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for

4   imposition of any and all sanctions authorized by statute or Rule or within the inherent power of

5   the Court."  Id.  In the order filed November 12, plaintiff was also advised that failure to comply

6   with the Local Rules may result in a recommendation that the action be dismissed.

7         Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

8              **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or
             to comply with these rules or a court order, a defendant may move
9              to dismiss the action or any claim against it.  Unless the dismissal
             order states otherwise, a dismissal under this subdivision (b) and
10             any dismissal not under this rule--except one for lack of
             jurisdiction, improper venue, or failure to join a party under Rule
11             19--operates as an adjudication on the merits.

12   Id.

13        Good cause appearing, IT IS HEREBY ORDERED that, within twenty days from the date

14   of this order, plaintiff shall file an opposition, if any, to the motion to revoke in forma pauperis

15   status.  Failure to file an opposition will be deemed as consent to have the:  (a) action dismissed

16   for lack of prosecution; and (b) action dismissed based on plaintiff's failure to comply with these

17   rules and a court order.  Said failure shall result in a recommendation that this action be dismissed

18   pursuant to Federal Rule of Civil Procedure 41(b).

19   Dated:  September 22, 2016

20

21

22                                   DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28